Daniel S. Wentworth, appellee, v. George L. Schein, appellant. Gen. No. 32,113.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

Fred W. Bentley and Leslie G. Donahue, for appellant. Henry O. Nickel and John P. Sullivan, for appellee; Geo. A. Mason, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

J. Ruthstein, appellee, v. A. Baker, appellant. Gen. No. 32,146.

Opinion filed February 27, 1928.

Harry C. Diamond and Alex C. Lawrence, for appellant. Ratner & Ratner, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

The City National Bank of Tipton, Iowa, appellant, v. W. J. O'Brien, appellee. Gen. No. 32,160.

Opinion filed February 27, 1928.

Edward L. England, for appellant. John J. Sherlock, for appellee; C. B. Chapman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

J. L. Slaughter, appellee, v. Yellow Cab Company, appellant. Gen. No. 32,178.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.

Samuels, Costello & Greenberg, for appellant; John W. Costello and Edward Wolfe, of counsel. Louis Zimmerman and Charles C. Spencer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.